NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-1128

SKF USA INC., SKF FRANCE S.A., SKF AEROSPACE FRANCE S.A.S., SKF GMBH, and SKF INDUSTRIES S.P.A.,

Plaintiffs-Appellants,

v.

UNITED STATES,

Defendant-Appellee,

and

TIMKEN U.S. CORPORATION,

Defendant-Appellee.

Appeal from the United States Court of International Trade in case no. 07-CV-0393, Judge Timothy C. Stanceu.

ON MOTION

Before LINN, Circuit Judge.

ORDER

JTEKT Corporation, Koyo Corporation of U.S.A., and NSK Ltd. and NSK Corporation move for leave to file a brief amicus curiae in support of the appellants. The movants state that the United States opposes. Timken U.S. Corporation opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)    The motion for leave to file a brief amicus curiae is granted.

(2) The appellees' briefs are due within 40 days of the date of filing of this order.

FOR THE COURT

MAR 1 9 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Herbert C. Shelley, Esq.
     Geert M. De Prest, Esq.
     Claudia Burke, Esq.
     Neil R. Ellis, Esq.
     Matthew P. Jaffe, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 1 9 2010

JAN HORBALY
CLERK